In the Matter of the Election of Directors and Officers of THE NEW YORK CENTRAL RAILROAD COMPANY.

JAMES POLLITZ, Appellant; THE NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

*Matter of Election of Directors, etc., of N. Y. C. R. R. Co.*, 174 App. Div. 868, affirmed.
(Argued October 3, 1916; decided October 17, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1916, which affirmed an order of Special Term denying a motion for an order declaring irregular and of no effect an election of officers and directors of the New York Central Railroad Company, on the ground that they were disqualified under the laws of Pennsylvania, Ohio and Illinois.

*Elijah N. Zoline* and *William A. Ulman* for appellant.

*Albert H. Harris, Jacob Aronson, Frederick L. Wheeler* and *Alexander S. Lyman* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.